**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 1:07-M-2M** |
| | : | |
| **JAMES G. MANNING** | : | |

**JOINT MOTION TO EXCLUDE CERTAIN TIME**
**UNDER THE SPEEDY TRIAL ACT**

The United States, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Peter F. Neronha, Assistant United States Attorney, and defendant James G. Manning, by and through his attorney, Kevin J. Fitzgerald, Esq., move the Court to exclude the period February 23, 2007 through April 5, 2007 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b). As grounds for this joint motion, the government and the defendant state as follows:

1. On January 17, 2007, the Court issued an order excluding the period January 17, 2007 through February 22, 2007 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b), so as to permit the parties to engage in plea negotiations. The government and the defendant are currently engaged in plea negotiations, which may lead to the prompt resolution of the

charges filed by complaint in this matter, thereby conserving judicial resources. These plea negotiations, however, are not yet complete. The parties therefore request that a short period of additional time, from February 23, 2007 through April 5, 2007, be excluded from the time by which the defendant must be charged by information or indictment, so that the possibility of a plea may be fully explored and judicial resources potentially conserved.

2. Accordingly, the ends of justice will be served by excluding the afore-mentioned time period, and such ends of justice outweigh the interest of the defendant and the public in a speedy indictment and/or trial. A proposed Order will be submitted to the Court.

Respectfully submitted,

JAMES G. MANNING,

By his Attorney,

/s/ Kevin J. Fitzgerald

KEVIN J. FITZGERALD, Esq.
Office of the
Federal Public Defender
10 Weybosset Street Suite 300
Providence, RI 02903
Tele: (401) 528-4281
FAX: (401) 490-2940
Kevin_Fitzgerald@fd.org

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha

PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov

Dated: February 15, 2007